**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM B. O'NEAL,** | ) | **CASE NO. 1:06CV2761** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DALE KOZLIK, et al.,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

This matter is before the Court upon Defendants' Motion for Judgment on the Pleadings. (Dkt. # 28).

On February 12, 2007, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for general pre-trial supervision (Dkt. # 10). On December 11, 2007, the Magistrate issued a Report and Recommendation, recommending that the Court **GRANT** Defendants' Motion for Judgment on the Pleadings and enter judgment in favor of Defendants on the basis of qualified immunity. (Dkt. # 66). Plaintiff timely filed objections to the Magistrate's R&R. (Dkt. # 68). Defendants have filed a Response to Plaintiff's Objections. (Dkt. # 69). The Court has reviewed Plaintiff's objections and finds that they are without merit.

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported.

1

Therefore, Magistrate Judge Gallas' report and recommendation is hereby **ADOPTED**. (Dkt. # 66). Defendant's Motion for Judgment on the Pleadings is **GRANTED**. (Dkt. # 28).

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus – January 17, 2008**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**